PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
21 MAR 25 PM 4: 16
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| P. I. & I. MOTOR EXPRESS, INC., | ) CASE NO. 4:19CV1008 |
| Plaintiff, | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| RLI INSURANCE COMPANY, | ) |
| Defendant. | ) **VERDICT FORM** |

**If you answered YES to Question 1:**

Having concluded that Mr. Marshall was a temporary worker for Plaintiff P.I. & I. Motor Express, Inc. at the time of the accident, we, the jury, unanimously find in favor of Plaintiff P.I. & I. Motor Express, Inc. in the amount of $2,000,000, the limits of the insurance policy issued by Defendant RLI Insurance Company. The jurors unanimously agree.

_____      03/25/202_
Foreperson                                                      Date

**If you answered NO to Question 1, and YES to Question 2:**

Having concluded that Mr. Marshall was an employee of Plaintiff P.I. & I. Motor Express, Inc. at the time of the accident, but not a temporary worker, we, the jury, unanimously find in favor of Defendant RLI Insurance Company. The jurors unanimously agree.

_____      _____
Foreperson                                                      Date

**If you answered NO to Question 1 and Question 2, sign below.** The jurors unanimously agree.

_____      _____
Foreperson                                                      Date