PEARSON, J.

FILED
21 MAR 25 PM 4: 16
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| P. I. & I. MOTOR EXPRESS, INC., | ) |
| | ) CASE NO. 4:19CV1008 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| RLI INSURANCE COMPANY, | ) |
| | ) **JUROR INTERROGATORIES** |
| Defendant. | ) |

### Question 1

1. Do you find that Mr. Marshall was a temporary worker for Plaintiff P.I. & I. Motor Express, Inc. at the time of the accident?

    ANSWER:  ✓ Yes    ☐ No

If your Answer to Question 1 is YES, sign below. **Do not answer Question 2.**

If your answer to Question 1 is NO, proceed to Question 2.

### Question 2

2. Do you find that Mr. Marshall was an employee of Plaintiff P.I. & I. Motor Express, Inc. at the time of the accident?

    ANSWER:  ☐ Yes    ☐ No

If you have reached Question 2, sign below after you have answered it.

The jurors unanimously agree with these answers.

_____        03/25/202
Foreperson                              Date

Once you have signed this form, complete the Verdict Form and notify the Courtroom Deputy that you have completed your deliberations by returning the completed forms to her.